## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| NICOLE SAVAGE<br>Plaintiff,<br><br>v.<br><br>KLIMA, PETERS & DALY, P.A.<br>Defendant, | ) JURY TRIAL DEMANDED<br>)<br>)<br>) Case No. JKB 23CV 3337<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I.  INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff Nicole Savage, an individual consumer, against Defendant Klima, Peters & Daly, P.A. for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive and unfair practices.

### II.  JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331. Venue in this District is proper in that the Defendant's principal address is located in Pasadena, Maryland.

### III. PARTIES

3. Plaintiff Nicole Savage (hereinafter "Plaintiff", Ms. Savage) is a natural person residing in Windsor Mill, MD. Plaintiff is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4. Plaintiff alleged "debt" as defined by the FDCPA, 15 U.S.C 1692a(5) arose from a transaction entered into primarily for personal use.

5. Upon information and belief, Klima, Peters & Daly, P.A, is a Maryland corporation with its principal place of business located at 8028 Ritchie Highway Suite 300, Pasadena, MD 21122.

6. Defendant is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempts to collect consumers' debts alleged to be due to another.

7. Defendant Klima, Peters & Daly, (hereinafter referred to as "Debt Collector) is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

### IV. FACTS OF THE COMPLAINT

8. On or about October 24, 2023, Ms. Savage mailed a dispute letter via

USPS certified mail to Klima, Peters & Daly, P.A. disputing an allegedly owed debt to Capital One, N.A in the amount of $3,687.18.

9. The Tracking Number for this mailing is EI 640 274 741 US.

10. On or about October 26, 2023, Plaintiff received notice from USPS that her letter was received by Craig at the Debt Collector's principal address.

11. As is Plaintiff's right under the FDCPA and Regulation F, the letter stated that only communication by email was convenient and gave Plaintiff's email address.

12. Despite these clear instructions, in an attempt to intimidate, harass, and oppress Ms. Savage, the Debt Collector communicated by mail. On October 31, 2023, Ms. Savage received a letter from Klima, Peters, & Daly, P.A. in response to her dispute letter which was a communication about the debt and was an attempt to collect the debt.

13. This was sent to confuse, harass, and deceive Plaintiff.

14. Ms. Savage has suffered actual damages as a result of these illegal collection tactics by this Debt Collector in the form of invasion of privacy, personal

embarrassment, loss of productive time, emotional distress, frustration, anger, humiliation and amongst other negative emotions.

15. Klima, Peters & Daly, P.A. violated 15 U.S.C 1692c(a)(1) for communicating with the Plaintiff at a place they knew was no longer convenient.

## V. FIRST CLAIM FOR RELIEF
### (Klima, Peters & Daly, P.A.)
### 15 U.S.C 1692c(a)(1)

16. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

17. The Debt Collector violated the FDCPA.

18. The Debt Collector's violations include, but are not limited to, the following:

    (a) The Debt Collector violated 15 U.S.C § 1692c(a)(1) of the FDCPA by communicating with Plaintiff at a place Debt Collector knew was no longer convenient.

19. As a result of the above violations of the FDCPA, Defendant, Debt Collector, is liable to Plaintiff, Ms. Savage, for actual damages, statutory damages, and costs.

## VI. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Nicole Savage respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collector for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

**NICOLE SAVAGE**
nikkisavage2k18@gmail.com
7201 Chippenham Place Apt 302
Windsor Mill, MD 21244
Phone: (410) 948-8355